Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

SCANNED

U.S.A. vs. Corey A. Lee                                                                                        Docket No. 98-00139-008

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Corey A. Lee, who was placed on supervision by the Honorable Gary L. Lancaster sitting in the Court at Pittsburgh, Pennsylvania, on the 25th day of April 2000, who fixed the period of supervision at five years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall pay a special assessment of $100.
- Shall submit to urinalysis and participate in a substance abuse program, if necessary.

04/25/00: Conspiracy to Distribute and Possession With Intent to Distribute in Excess of 5 Kilograms of Cocaine; 87 months' custody of the Bureau of Prisons, followed by a 5-year term of supervised release.

10/10/03: Sentence amended with immediate release from the custody of the Bureau of Prisons; Released to supervision; Currently supervised by U.S. Probation Office Rosa A. Doherty.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that the defendant has violated the following condition of supervised release:

**The defendant shall not commit another federal, state, or local crime.**

On May 28, 2008, in the United States District Court for the Northern District of Ohio, Mr. Lee pled guilty to Criminal No. 4:08CR27, Conspiracy to Possess With Intent to Distribute and Distribution of Cocaine. He was sentenced to the Bureau of Prisons for a term of 67 months, with a 5-year term of supervised release to follow.

U.S.A. vs. Corey A. Lee
Docket No. 98-00139-008
Page 2

PRAYING THAT THE COURT WILL ORDER that the supervised releasee appear in Federal Court, Court Room No.3A, 3rd Floor, U.S. Post Office and Courthouse, Pittsburgh, Pennsylvania, with legal counsel on July 2, 2008 at 10 AM, to show cause why supervision should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

ORDER OF COURT

Considered and ordered this 16 day of June, 2008 and ordered filed and made a part of the records in the above case.

United States District Judge

Executed on June 5, 2008

Rosa A. Doherty
U.S. Probation Officer

Paul J. Dippolito
Supervising U.S. Probation Officer

Place: Pittsburgh, Pennsylvania

cc: Counsel of Record
US Marshal
US Probation